Charles L. Holdren, executor of the estate of Mathias C. Holdren, deceased, defendant in error, v. Mrs. L. D. Morris, plaintiff in error. Gen. No. 7,132.

Suit on note with certain credits thereon. Judgment for plaintiff. Error to the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed May 17, 1923.

Roy F. Hall, for plaintiff in error. Garrett, Maynard & Hull, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

---

Rockford & Interurban Railway Company, appellee, v. G. N. Safford and G. N. Safford, trading as G. N. Safford & Company, appellant. Gen. No. 7,137.

Suit to recover damages to interurban car by negligence of auto truck driver. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. E. D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed May 17, 1923.

Lathrop, Lathrop & Brown and David D. Madden, for appellant. Fisher, North, Welsh & Linscott, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Bena Jurres, appellee, v. William Jurres, appellant. Gen. No. 7,150.

Bill for separate maintenance and for injunction covering property. Decree in favor of complainant. Appeal from the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed May 17, 1923.

Albert H. Krusemark, for appellant. Lagger & Blatt, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

John J. Lyons, appellee, v. Joseph Lyons, appellant. Gen. No. 7,161.

Suit for wages. Judgment for plaintiff. Appeal from the Circuit Court of Livingston county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed May 17, 1923.

E. A. Simmons, for appellant. F. A. Ortman, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Charles E. Robison, appellee, v. Icie Beers, appellant. Gen. No. 7,231.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed May 17, 1923.

Scholes & Pratt, for appellant. Clarence W. Heyl and Shelton F. McGrath, for appellee; Heyl & Heyl and McGrath, Stone, Daily & Michel, of counsel.

Mr. Justice Jones delivered the opinion of the court.